**DISMISS; and Opinion Filed August 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00868-CV

### JOAN L. GILLHAM, Appellant
### V.
### CLAUDIA JACKSON AND JAMES JACKSON, Appellees

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-01318-E**

## MEMORANDUM OPINION

Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Before the Court is appellant's motion to dismiss the appeal. Appellant has informed the

Court that the parties have settled their differences. Accordingly, we grant appellant's motion

and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/David Lewis/
DAVID LEWIS
JUSTICE

140868F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOAN L. GILLHAM, Appellant

No. 05-14-00868-CV     V.

CLAUDIA JACKSON AND JAMES
JACKSON, Appellees

On Appeal from the County Court at
Law No. 5, Dallas County, Texas.
Trial Court Cause No. CC-14-01318-E.
Opinion delivered by Justice Lewis.
Justices Fillmore and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees Claudia Jackson and James Jackson recover their costs of this appeal from appellant Joan L. Gillham.

Judgment entered this 22nd day of August, 2014.